246 So.2d 863

**ILLINOIS CENTRAL RAILROAD CO.**
v.
**GLAZER STEEL CORPORATION.**
No. 51309.
May 3, 1971.

In re: Glazer Steel Corporation applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 679.

Writs refused. The judgment is correct.